IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK ALLEN MADEWELL,

      Petitioner,

  v.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,

      Respondents.
/

No. C 13-4164 CW (PR)

ORDER OF DISMISSAL WITHOUT PREJUDICE

    This action was opened on September 9, 2013, when Petitioner filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241.  On the same day the action was opened, the Clerk of the Court notified Petitioner that he must file an application to proceed in forma pauperis (IFP) or pay the $5.00 filing fee.  On September 17, 2013, Petitioner filed an IFP application.  However, the application was incomplete because he did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison or a copy of his prisoner trust account statement showing transactions for the last six months.  On September 23, 2013, the Clerk sent Petitioner notice of this deficiency with a blank IFP application and told him that he must submit the missing documents within twenty-eight days or his action would be dismissed, the file closed and the filing fee would become due immediately.  See Doc. no. 4.

    More than twenty-eight days have passed and Petitioner has not filed the necessary documents nor has he communicated with the

1  Court in any way.  Accordingly, this action is DISMISSED WITHOUT
2  PREJUDICE.
3      The Clerk of the Court shall close the file.
4
5      IT IS SO ORDERED.
6
7  Dated: 12/3/2013
8                                    CLAUDIA WILKEN
                                     UNITED STATES DISTRICT JUDGE